## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| JESSICA BLACKMON, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO.** |
| v. | § | |
| | § | **3:25-CV-01542-E** |
| FIREHAWK AEROSPACE, INC., | § | |
| | § | |
| **Defendant.** | § | |

### UNOPPOSED MOTION TO CHANGE MEDIATORS

### I.

### INTRODUCTION

Plaintiff hereby requests the Court allow the Parties to change mediators from John Brookman to Len Wade. This change is sought to ensure the parties are able to schedule mediation within the deadline set forth in the Court's scheduling order. This change is agreed to by Defendant.

---

**Unopposed Motion to Change Mediators** **Page 1**

Respectfully submitted,

/s/ Matthew R. Scott
MATTHEW R. SCOTT
Texas Bar No. 00794613
matt@sgtlawgroup.com
JAMIE J. GILMORE
Texas Bar No. 24045262
jamie@sgtlawgroup.com
BRITTNEY L. THOMPSON
Texas Bar No. 24104618
brittney@sgtlawgroup.com
**SCOTT GILMORE THOMPSON PLLC**
Founders Square
900 Jackson Street, Suite 550
Dallas, Texas 75202
214-965-9675 / 214-965-9680 (Facsimile)

**AND**

LAWRENCE J. FRIEDMAN
State Bar No. 07469300
lfriedman@fflawoffice.com
ELIZABETH N. HILES
State Bar No. 24144576
lhiles@fflawoffice.com
**FRIEDMAN & FEIGER, L.L.P.**
Dominion Plaza West
17304 Preston Road, Suite 300
Dallas, Texas 75252
(972) 788-1400 (Telephone)
(972) 788-2667 (Telecopier)
**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF CONFERENCE</u>

I certify that Defendant's counsel stated he agrees with this request.

/s/ Matthew R. Scott

MATTHEW R. SCOTT

## **CERTIFICATE OF SERVICE**

I certify that a copy of this document was served on all counsel of record through the Court's ECF system as of the date file marked thereon.

/s/ Matthew R. Scott
MATTHEW R. SCOTT