**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **JESSICA BLACKMON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | |
| | § | **3:25-CV-01542-E** |
| **FIREHAWK AEROSPACE, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## JOINT REPORT ON SETTLEMENT

### I.

### INTRODUCTION

Plaintiff Jessica Blackmon (Plaintiff) and Defendant Firehawk Aerospace, Inc. (Defendant) file this Joint Report on Settlement. The Parties mediated this case with Len Wade on December 22, 2025. The case did not settle.

Respectfully submitted,


 /s/ Matthew R. Scott
MATTHEW R. SCOTT
Texas Bar No. 00794613
matt@sgtlawgroup.com
JAMIE J. GILMORE
Texas Bar No. 24045262
jamie@sgtlawgroup.com
BRITTNEY L. THOMPSON
Texas Bar No. 24104618
brittney@sgtlawgroup.com
**SCOTT GILMORE THOMPSON PLLC**
Founders Square
900 Jackson Street, Suite 550
Dallas, Texas 75202
214-965-9675 / 214-965-9680 (Facsimile)

AND

LAWRENCE J. FRIEDMAN
State Bar No. 07469300
lfriedman@fflawoffice.com
ELIZABETH N. HILES
State Bar No. 24144576
lhiles@fflawoffice.com
**FRIEDMAN & FEIGER, L.L.P.**
Dominion Plaza West
17304 Preston Road, Suite 300
Dallas, Texas 75252
(972) 788-1400 (Telephone)
(972) 788-2667 (Telecopier)
**ATTORNEYS FOR PLAINTIFF**

**AND**


/s/ Frank Hill
TEXAS BAR NO. 09632000
fhill@hillgilstrap.com
JONATHAN D.F. NELSON
Texas Bar No. 14900700
dnelson@hillgilstrap.com
1400 W. ABRAM STREET
Arlington, Texas 76013
817-261-2222
817-861-4685 (fax)
**ATTORNEYS FOR DEFENDANT**