**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| JESSICA BLACKMON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-01542-E |
| | § | |
| FIREHAWK AEROSPACE INC, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

**ORDER**

Today the Court considered Plaintiff's Unopposed Motion to Modify Scheduling Order

(Doc. 14). The Court grants the Motion.

This case is currently set on a three week trial docket starting on October 6, 2026, and

running through October 23, 2026. The Court hereby removes this case from the trial docket for

the week starting October 19, 2026.

**SO ORDERED.**

2nd day of April, 2026.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE